# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LADRECO HOWARD,

    *Plaintiff*,

    v.

UNITED STATES OF AMERICA,

    *Defendant*.

Civil Action No. 1:23-cv-02253 (UNA)

## MEMORANDUM OPINION

This matter is before the Court on consideration of Plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. The Court grants the application and, for the reasons discussed below, the dismisses the complaint.

Rule 8 of the Federal Rules of Civil Procedure requires a complaint to contain "a short and plain statement of the grounds for the court's jurisdiction," "a short and plain statement of the claim showing that the pleader is entitled to relief," and "a demand for the relief sought." Fed. R. Civ. P. 8(a). Rule 8 "ensures that defendants receive fair notice of the claim being asserted" and "assists the court in determining whether it has jurisdiction over the subject matter." *Spencer v. U.S. Dep't of Lab.*, No. 23-00322, 2023 WL 2139368, at *1 (D.D.C. Feb. 17, 2023).

Here, Plaintiff's complaint includes no factual allegations. Rather, Plaintiff cites various sections of the United States Code without stating a claim showing he is entitled to any form of relief. Because the complaint utterly fails to meet the minimal pleading requirement of Rule 8(a), the Court will dismiss the complaint without prejudice. A separate order will issue.

DATE: August 15, 2023

                            CARL J. NICHOLS
                            United States District Judge